**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
    E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SB# 214855
    E-Mail: desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
Teck Cominco Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 TO 500, inclusive<br><br>Defendants. | CASE NO. 06-CV-3328-MHP<br><br>**DEFENDANTS TECK COMINCO LIMITED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER** |

## REQUEST FOR LEAVE OF COURT

COME NOW Defendant, TECK COMINCO LIMITED, by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH, LLP., and respectfully requests, pursuant to this Honorable Court's Standing Order Number 4, leave to file its Federal Rule of Civil Procedure 12(b)6 and 12(e) motions in response to plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE's Complaint on the basis that said Complaint fails to state facts sufficient to establish any cause of action or cognizable legal theory against Defendant TECK COMINCO LIMITED.

4839-2542-8737.1

-1-

REQUEST FOR LEAVE OF COURT

Respectfully submitted,

DATED: June 5, 2006    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
PAUL A. DESROCHERS
Attorneys for Defendants
Teck Cominco American Incorporated and Teck Cominco
Advanced Materials Incorporated

## ORDER

This court hereby grants the request of Defendant TECK COMINCO LIMITED for leave to file its motions pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e).

Dated: July 26, 2006    _____
THE HONORABLE MARILYN HALL PATEL

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
GLENN A, FRIEDMAN, SB# 104442
    E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SB# 214855
    E-Mail: desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
Teck Cominco Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1 TO 500, inclusive<br><br>    Defendants. | CASE NO. 06-CV-3328-MHP<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT TECK COMINCO LIMITED'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)**<br><br>Date: July 17, 2006<br>Time: 2:00 p.m.<br>Dept.: 15 |

    Good cause appearing therefore based on this court's ruling that Plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE, through their guardian ad litem, BOBBY BROWN have failed to state facts sufficient to establish any cause of action or cognizable legal theory against defendant TECK COMINCO LIMITED.

    This court hereby grants the motion of Defendant TECK COMINCO LIMITED pursuant to Federal Rule of Civil Procedure 12(b)(6) with prejudice and without leave to amend.

Dated: _____     _____
                                      THE HONORABLE MARILYN HALL PATEL

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUDITH A. ZIPKIN, SB# 118449
  E-Mail: zipkin@lbbslaw.com
PAUL A. DESROCHERS, SB# 214855
  E-Mail: desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
Teck Cominco American Incorporated and
Teck Cominco Advanced Materials Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 TO 500, inclusive<br><br>Defendants. | CASE NO. C06-3328 MHP<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF TECK COMINCO LIMITED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER** |

I, TERRI WONG, certify and declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, CA 94104, which is located in the city, county and state where the mailing described below took place.

On June 5, 2006, I deposited with the United States Postal Service at San Francisco, California, a true and correct copy of the following documents:

**TECK COMINCO LIMITED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER**

on the interested parties in this matter as follows:

| | |
|---|---|
| Clayton W. Kent<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169 | Attorneys for Plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE |

I declare under penalty of perjury under the state and federal laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 5, 2006, at San Francisco, California.

_____
Terri Wong

CERTIFICATE OF SERVICE