**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SB# 104442
　　E-Mail: friedman@lbbslaw.com
PAUL A. DESROCHERS, SB# 214855
　　E-Mail: desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
Teck Cominco American Incorporated and
Teck Cominco Advanced Materials Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>DOES 1 TO 500, inclusive <br><br>　　　　　Defendants. | CASE NO. 06-CV-3328-MHP <br><br> **DEFENDANTS TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER** |

## REQUEST FOR LEAVE OF COURT

COME NOW Defendants, TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED, by and through their attorneys, LEWIS BRISBOIS BISGAARD & SMITH, LLP., and respectfully request, pursuant to this Honorable Court's Standing Order Number 4, leave to file their Federal Rule of Civil Procedure 12(b)6 and 12(e) motions in response to plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE's Complaint on the basis that said Complaint fails to state facts sufficient to establish any cause of action or

4834-8922-1121.1
-1-
REQUEST FOR LEAVE OF COURT

cognizable legal theory against Defendants TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED.

Respectfully submitted,

DATED: June 5, 2006        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
PAUL A. DESROCHERS
Attorneys for Defendants
Teck Cominco American Incorporated and Teck Cominco Advanced Materials Incorporated

## ORDER

This court hereby grants the request of Defendants TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED for leave to file their motions pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e).

Dated: July 26, 2006     _____
THE HONORABLE
Judge Marilyn H. Patel

IT IS SO ORDERED

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   GLENN A. FRIEDMAN, SB# 104442
2       E-Mail: friedman@lbbslaw.com
   PAUL A. DESROCHERS, SB# 214855
3       E-Mail: desrochers@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendants
   Teck Cominco American Incorporated and
7  Teck Cominco Advanced Materials Incorporated

8
                UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 TO 500, inclusive <br><br> Defendants. | CASE NO. 06-CV-3328-MHP <br><br> **(PROPOSED) ORDER GRANTING DEFENDANTS TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)** <br><br> Date: July 17, 2006 <br> Time: 2:00 p.m. <br> Dept.: 15 |

Good cause appearing therefore based on this court's ruling that Plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE, through their guardian ad litem, BOBBY BROWN have failed to state facts sufficient to constitute any cause of action or cognizable legal theory against defendants TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED.

This court hereby grants the motion of Defendants TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED pursuant to Federal Rule of Civil Procedure 12(b)(6) with prejudice and without leave to amend.

Dated: _____   _____
                        THE HONORABLE MARILYN HALL PATEL

4847-4738-1249.1
-1-
(PROPOSED) ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP
JUDITH A. ZIPKIN, SB# 118449
    E-Mail: zipkin@lbbslaw.com
PAUL A. DESROCHERS, SB# 214855
    E-Mail: desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants
Teck Cominco American Incorporated and
Teck Cominco Advanced Materials Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through their guardian ad litem, BOBBY BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 TO 500, inclusive<br><br>Defendants. | CASE NO. C06-3328 MHP<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER** |

I, TERRI WONG, certify and declare as follows:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, CA 94104, which is located in the city, county and state where the mailing described below took place.

On June 5, 2006, I deposited with the United States Postal Service at San Francisco, California, a true and correct copy of the following documents:

**TECK COMINCO AMERICAN INCORPORATED and TECK COMINCO ADVANCED MATERIALS INCORPORATED'S REQUEST FOR LEAVE TO FILE RULE 12 MOTIONS AND PROPOSED ORDER**

4817-4209-6385.1                                   -1-
CERTIFICATE OF SERVICE

on the interested parties in this matter as follows:

| | |
|---|---|
| Clayton W. Kent<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169 | Attorneys for Plaintiffs CARLETTA JUSTICE and YOLANDA JUSTICE |

I declare under penalty of perjury under the state and federal laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on June 5, 2006, at San Francisco, California.

_Terri Wong_
Terri Wong

4817-4209-6385.1

CERTIFICATE OF SERVICE