1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   GLENN A. FRIEDMAN, SBN 104442
2      E-Mail: friedman@lbbslaw.com
   PAUL A. DESROCHERS, SBN 214855
3      E-Mail: desrochers@lbbslaw.com
   One Sansome St., Suite 1400
4  San Francisco, CA 94104
   Tel:    415-362-2580
5  Fax:    415-434-0882

6  Attorneys for Defendants
   TECK COMINCO AMERICAN INCORPORATED, TECK
7  COMINCO ADVANCED MATERIALS INCORPORATED
   and TECK COMINCO LIMITED
8
   **BRAYTON PURCELL, LLP**
9  CLAYTON W. KENT, SBN 123164
       E-Mail: ckent@braytonlaw.com
10 222 Rush Landing Road
   Novato, CA 94948-6169
11 Tel:    415-898-1555
   Fax:    415-898-1247
12
   Attorneys for Plaintiffs
13 CARLETTA JUSTICE and YOLANDA JUSTICE

14                     UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17
   CARLETTA JUSTICE, a minor, and YOLANDA ) CASE NO. 06-CV-3328-MHP
18 JUSTICE, a minor, by and through their guardian )
   ad litem, BOBBY BROWN,                         )
19                                                ) **STIPULATION AND PROPOSED**
                              Plaintiffs,          ) **ORDER FOR DISMISSAL WITH**
20                                                ) **PREJUDICE PURSUANT TO FED. R.**
          v.                                      ) **CIV. P. 41(a)(1).**
21                                                )
   DOES 1 TO 500, inclusive                       )
22                                                )
                              Defendants.          )
23 _____)

24
      **STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**
25               **PURSUANT TO FED. R. CIV. P. 41(a)(1).**

26     Plaintiffs CARLETTA JUSTICE, a minor, and YOLANDA JUSTICE, a minor, by and through

27 their guardian ad litem, BOBBY BROWN (hereinafter referred to jointly as PLAINTIFFS) and

28 defendants TECK COMINCO AMERICAN INCORPORATED, TECK COMINCO ADVANCED

   4824-5946-1889.1                          1
   STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1).

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  MATERIALS INCORPORATED and TECK COMINCO LIMITED (hereinafter collectively referred to

2  as DEFENDANTS TECK COMINCO), through undersigned counsel of record, stipulate pursuant to

3  Fed. R. Civ. P. 41(a)(1), that:

4       1) the parties to the stipulation represent all parties appearing to date in this litigation;

5       2) the undersigned counsel of record are authorized by the named parties to enter into this

6  stipulation and fully bind their respective clients fully to its terms;

7       3) every claim by each party to this stipulation, whether for monetary damages, declaratory

8  relief or any other kind or nature of relief sought, be dismissed with prejudice, such claims

9  comprising the PLAINTIFFS' Complaint For Damages and First Amended Complaint; and

10      4) each party to bear it's own costs, fees and expenses incurred as a result of this litigation,

11 or any claims asserted therein, or as a result of, or related to, any claims asserted between the parties

12 which precede and relate in any way to the claims asserted in the litigation.

13 IT IS SO STIPULATED:

14 Dated: September ⌣, 2006                    BRAYTON PURCELL, LLP

15

16                                             CLAYTON W. KENT

17                                             Attorneys for Plaintiffs
                                               CARLETTA JUSTICE and YOLANDA JUSTICE

18 Dated: September 2¹, 2006                   LEWIS BRISBOIS BISGAARD & SMITH, LLP

19

20

21                                             PAUL A. DESROCHERS
                                               Attorneys for Defendants
22                                             TECK COMINCO AMERICAN INCORPORATED,
                                               TECK COMINCO ADVANCED MATERIALS
23                                             INCORPORATED and TECK COMINCO LIMITED

24 IT IS SO ORDERED:

25 This 22nd day of September , 2006.          IT IS SO ORDERED

26

27                                             HON.

28                                             Judge Marilyn H. Patel

STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1).

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

CLAYTON W. KENT, ESQ., S.B. #123164
A. RUSSELL MARTIN, S.B. # 226244
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
Novato, California 94945
(415) 898-1555
(415) 898-1247 (fax)
ckent@braytonlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

CARLETTA JUSTICE, a minor, and
YOLANDA JUSTICE, a minor, by and
through their guardian ad litem, BOBBY
BROWN,

            Plaintiffs,

vs.

DOES 1-500, inclusive,

            Defendants.

Case No. 06-CV-3328-MHP

**CERTIFICATE OF SERVICE OF SERVICE**

I, SHAWNA MAHONEY, declare:

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within cause. My business address is 222 Rush Landing Road, Novato, CA. 94948. On September 21, 2006, I served the following document(s) by the method indicated below:

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1).**

[XX ]   (By Mail) By causing each such envelope to be served by depositing same, with postage thereon fully prepaid, with the United States Postal Service in the ordinary course of business at Novato, California. I am readily familiar with the business' practice for collection and

K:\Medmal\8722\POS.smm.pld.wpd           1

BRAYTON❖PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1   processing of correspondence for mailing with the United States Postal Service.

2   [ ]    (By Facsimile Transmission) By causing each such document to be served by facsimile

3   transmission to the fax number(s) set forth below.

4   [ ] (By Personal Service) By causing each such envelope to be delivered by personal service to

5   the offices of each addressee below.

6   Paul A. Desrochers, Esq.                          Attorney for Defendants Tech Cominco
    Lewis Brisbois Bisgaard & Smith, LLP              American Incorporated, Tech Cominco
7   One Sansome Street, Suite 1400                    Limited and Tech Cominco Advance
    San Francisco, CA 94104                           Materials Incorporated
8   Ph: (415) 362-2580
    Fax: (415) 434-0882
9

10      I declare under penalty of perjury that the foregoing is true and correct and that this
11  declaration was executed on September 21, 2006, California.

12

13

14                                          SHAWNA MAHONEY
                                            BRAYTON❖PURCELL LLP
15

16

17

18

19

20

21

22

23

24

25

26

27

28
    K:\Medmal\8722\POS.smm.pld.wpd                    2